**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
**DISTRICT OF NEVADA**
BRUCE R. THOMPSON U.S. COURTHOUSE
AND FEDERAL BUILDING
400 SOUTH VIRGINIA STREET #301
RENO, NEVADA 89501
(775) 686-5800

LANCE S. WILSON
DISTRICT COURT EXECUTIVE/CLERK

JAKE HERB
CHIEF DEPUTY, RENO

CYNTHIA K. JENSEN
CHIEF DEPUTY, LAS VEGAS

August 27, 2007

Clerk's Office
US District Court
Northern District of California
450 Golden Gate Ave.
16th Floor
San Francisco, CA 94102

C 07 4503      EDL

Re:   AMBER TOLLEY-MCNERNEY v. ROSS STORES, INC.
      3:07-CV-00090-LRH-RAM

Please be advised that the above-entitled action has been transferred to your District for all further proceedings. Enclosed is a certified copy of the order transferring venue to your district (docket #26) and a copy of the docket sheet.

Effective January 1, 2006, the District of Nevada has mandated electronic filing via the Case Management and Electronic Case Filing system (CM/ECF). All proceedings filed after that date may be accessed via PACER and our website at www.nvd.uscourts.gov.

**This file is available electronically via CM/ECF.**

Please acknowledge receipt of these documents on the enclosed duplicate of this letter.

Yours truly,

LANCE S. WILSON, CLERK

By:
   /s/ Jennifer Cotter
      Deputy Clerk

Enclosures: Certified Copy of Transfer Order (#26) and Copy of docket sheet

Received by: _____
ASSIGNED CASE #: _____