# United States District Court
## District of Nevada (Reno)
### CIVIL DOCKET FOR CASE #: 3:07-cv-00090-LRH-RAM
### Internal Use Only

| | |
|---|---|
| Tolley-McNerney v. Ross Stores, Inc. | Date Filed: 02/27/2007 |
| Assigned to: Judge Larry R. Hicks | Jury Demand: Plaintiff |
| Referred to: Magistrate Judge Robert A. McQuaid, Jr | Nature of Suit: 480 Consumer Credit |
| Cause: 15:1681 Fair Credit Reporting Act | Jurisdiction: Federal Question |

**Plaintiff**

**Amber Tolley-McNerney**  represented by  **Mark R. Thierman**
Thierman Law Firm
7287 Lakeside Drive
Reno, NV 89511
775-284-1500
Fax: 775-703-5027
Email: laborlawyer@pacbell.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Ross Stores, Inc.**  represented by  **Garner K. Weng**
Harrison Bridgett Marcus Vlahos Rudy
425 Market Street, 26th Floor
San Francisco, CA 94105
415-777-3200
Email: gweng@hansonbridgett.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Myron D. Moye**
Harrison Bridgett Marcus Vlahos Rudy
425 Market Street, 26th Floor
San Francisco, CA 94105
415 777 3200
Email: mmoye@hansonbridgett.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**T. Scott Brooke**
Brooke Shaw Zumpft
1590 Fourth Street
P.O. Box 2860
Minden, NV 89423
775-782-7171



Fax: 775-782-3081  
Email: brooke@brooke-shaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/27/2007 | 1 | COMPLAINT against Ross Stores, Inc. (Filing fee $ 350), filed by Amber Tolley-McNerney. Certificate of Interested Parties due by 3/9/2007. (Attachments: # 1 # 2)(Thierman, Mark) Modified on 2/28/2007 (DRM, ) to refelct **SUMMONS ISSUED 2/28/07** . (Entered: 02/27/2007) |
| 02/27/2007 |  | Case assigned to District Judge Howard D. McKibben and Magistrate Judge Robert A. McQuaid, Jr. (WJ) (Entered: 02/27/2007) |
| 02/28/2007 | 2 | SUMMONS Issued as to Ross Stores, Inc.. (DRM, ) (Entered: 02/28/2007) |
| 03/07/2007 | 3 | CERTIFICATE of Interested Parties by Plaintiff Amber Tolley-McNerney. (Thierman, Mark) Modified on 5/10/2007 to reflect *No Other Known Interested Parties*. (BLG). (Entered: 03/07/2007) |
| 03/08/2007 | 4 | ORDER OF RECUSAL. This action is referred to Chief Judge Roger L. Hunt for reassignment. Signed by Judge Howard D. McKibben on 3/8/07. (JW ) (Entered: 03/08/2007) |
| 03/09/2007 | 5 | ORDER: Case reassigned to District Judge Larry R. Hicks for all further proceedings. District Judge Howard D. McKibben no longer assigned to case. All further documents shall reflect the correct case number 3:07-cv-0090-LRH-RAM. Signed by Judge Roger L. Hunt. **(no image attached)** (WJ) (Entered: 03/09/2007) |
| 03/27/2007 | 6 | CERTIFICATE OF SERVICE by Plaintiff Amber Tolley-McNerney. (Thierman, Mark) (Entered: 03/27/2007) |
| 03/30/2007 | 7 | STIPULATION *and Order to Extend Time to Respond to Complaint* by Plaintiff Amber Tolley-McNerney. (Thierman, Mark) (Entered: 03/30/2007) |
| 03/30/2007 | 8 | ORDER ON STIPULATION re 7 Stipulation., Ross Stores, Inc. answer due 5/2/2007. Signed by Judge Robert A. McQuaid Jr. on 3/30/07. (JW ) (Entered: 03/30/2007) |
| 05/02/2007 | 9 | ANSWER to 1 Complaint *and Separate Defenses* by Defendant Ross Stores, Inc.. Certificate of Interested Parties due by 5/12/2007. Discovery Plan/Scheduling Order due by 6/16/2007.(Brooke, T. Scott) (Entered: 05/02/2007) |
| 05/02/2007 | 10 | CERTIFICATE of Interested Parties by Defendant Ross Stores, Inc.. (Brooke, T. Scott) Modified on 5/2/2007 (W) **no known parties (Entered: 05/02/2007)** |
|  |  |  |

| | | |
|---|---|---|
| 06/12/2007 | 11 | VERIFIED PETITION for Permission to Practice Pro Hac Vice and DESIGNATION of Local Counsel submitted by attorney Garner K. Weng, (Filing fee $ 175 receipt number 588313) by Defendant Ross Stores, Inc.. (Brooke, T. Scott) (Entered: 06/12/2007) |
| 06/12/2007 | 12 | VERIFIED PETITION for Permission to Practice Pro Hac Vice and DESIGNATION of Local Counsel submitted by attorney Myron D. Moye, (Filing fee $ 175 receipt number 588337) by Defendant Ross Stores, Inc.. (Brooke, T. Scott) (Entered: 06/12/2007) |
| 06/19/2007 | 13 | MINUTE ORDER IN CHAMBERS of the Honorable Robert A. McQuaid Jr., U.S. Magistrate Judge, on 6/19/2007. Parties have failed to submit a Discovery Plan and Scheduling Order within the time required by LR 26-1(d). Parties have a period of 5 days from receipt of this Minute Order within which to submit said Discovery Plan and Scheduling Order in compliance with LR 26-1. Discovery Plan/Scheduling Order due by 6/26/2007. (Copies have been distributed pursuant to the NEF - JW ) (Entered: 06/19/2007) |
| 06/19/2007 | 14 | **DUPLICATE ORDER OF 13. HAVING PROBLEMS WITH HOPPER THIS DAY** ~~MINUTE ORDER IN CHAMBERS of the Honorable Robert A. McQuaid Jr., U.S. Magistrate Judge, on 6/19/2007. By Deputy Clerk: Frank Justilliano. Parties hve a period of five days from receipt of the min ord to submit discovery plan and scheduling order. Failure to do so, Clk shl set hearning to determine why they have not been timely submitted and to invoke sanctions. (Copies have been distributed pursuant to the NEF - LK, )~~ Modified on 6/19/2007 that this entry is a duplicate of 13. Docketing notify QC of hopper problems which cause some confusion. (WJ). (Entered: 06/19/2007) |
| 06/26/2007 | 15 | ~~PROPOSED Discovery Plan/Scheduling Order filed by Plaintiff Amber Tolley-McNerney. (Thierman, Mark) Modified on 6/28/2007 (HJ, ).~~ **Discovery Plan not stipulated to. See Stipulated Discovery Plan and Scheduling Order 16.** (Entered: 06/26/2007) |
| 06/27/2007 | 16 | PROPOSED Discovery Plan/Scheduling Order filed by Plaintiff Amber Tolley-McNerney. (Thierman, Mark) (Entered: 06/27/2007) |
| 06/28/2007 | 17 | SCHEDULING ORDER re 16 Stipulated Discovery Plan and Scheduling Order. Discovery due by 1/18/2008. Motions due by 2/18/2008. Proposed Joint Pretrial Order due by 3/19/2008. Signed by Judge Robert A. McQuaid Jr. on 6/27/2007. (Copies have been distributed pursuant to the NEF - HJ, ) (Entered: 06/28/2007) |
| 08/03/2007 | 18 | VERIFIED PETITION APPROVED - ORDER GRANTING 11 Verified Petition for Permission to Practice Pro Hac Vice for Attorney Garner K. Weng for Ross Stores, Inc. and approving Designation of Local Counsel, T. Scott Brooke. Signed by Judge Larry R. Hicks on 8/2/2007. (Copies have been distributed pursuant to the NEF - DRM) (Entered: 08/03/2007) |
| 08/03/2007 | 19 | VERIFIED PETITION APPROVED - ORDER GRANTING 12 Verified Petition for Permission to Practice Pro Hac Vice for Attorney Myron D. Moye for Ross Stores, Inc. and approving Designation of Local Counsel, |

CM/ECF - nvd - District Version 3.0.5 - Docket Report       Page 4 of 4
Case 3:07-cv-04503-CRB   Document 1-2   Filed 08/30/2007   Page 4 of 4

| | | |
|---|---|---|
| | | T. Scott Brooke. Signed by Judge Larry R. Hicks on 8/2/2007. (Copies have been distributed pursuant to the NEF - DRM) (Entered: 08/03/2007) |
| 08/03/2007 | 20 | MOTION to Transfer *of Venue or, in the Alternative, Stay of This Action* by Defendant Ross Stores, Inc..Responses due by 8/21/2007. (Brooke, T. Scott) (Entered: 08/03/2007) |
| 08/03/2007 | 21 | DECLARATION of Ken Jew re 20 MOTION to Transfer *of Venue or, in the Alternative, Stay of This Action* ; filed by Defendant Ross Stores, Inc.. (Brooke, T. Scott) (Entered: 08/03/2007) |
| 08/03/2007 | 22 | DECLARATION of M. D. Moye re 20 MOTION to Transfer *of Venue or, in the Alternative, Stay of This Action* ; filed by Defendant Ross Stores, Inc.. (Attachments: # 1 Exhibit A through D# 2 Exhibit E# 3 Exhibit F through J)(Brooke, T. Scott) (Entered: 08/03/2007) |
| 08/03/2007 | 23 | Submission of PROPOSED ORDER on 20 MOTION to Transfer *of Venue or, in the Alternative, Stay of This Action* ; filed by Defendant Ross Stores, Inc.. (Brooke, T. Scott) (Entered: 08/03/2007) |
| 08/03/2007 | 24 | CERTIFICATE OF SERVICE for Motion for Transfer of Venue by Defendant Ross Stores, Inc. re 23 Proposed Order Submission, 20 MOTION to Transfer *of Venue or, in the Alternative, Stay of This Action*, 22 Declaration, 21 Declaration. (Brooke, T. Scott) (Entered: 08/03/2007) |
| 08/21/2007 | 25 | RESPONSE to 20 MOTION to Transfer *of Venue or, in the Alternative, Stay of This Action* ; filed by Plaintiff Amber Tolley-McNerney. Replies due by 9/4/2007. (Thierman, Mark) (Entered: 08/21/2007) |
| 08/24/2007 | 26 | ORDER granting 20 Motion to Transfer Venue to the Northern District of California. Signed by Judge Larry R. Hicks on 8/24/07. (Copies have been distributed pursuant to the NEF - JW) (Entered: 08/27/2007) |