**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBER TOLLEY-MCNERNEY, | No. C 07-04503 CRB |
| Plaintiff, | **Clerk's Notice** |
| v. | |
| ROSS STORES INC, | |
| Defendant. _____/ | |

YOU ARE NOTIFIED THAT the Court has scheduled the initial case management conference for Friday, December 7, 2007 at 8:30 a.m. before the Honorable Charles R. Breyer. The case management statement shall be filed on or before November 30, 2007.

Please report to Courtroom 8, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: October 15, 2007

FOR THE COURT,

Richard W. Wieking, Clerk
By: _____
Barbara Espinoza
Courtroom Deputy