HANSON, BRIDGETT, MARCUS, VLAHOS & RUDY, LLP
LAWRENCE M. CIRELLI – 114710
lcirelli@hansonbridgett.com
M. D. MOYE - 152871
mmoye@hansonbridgett.com
GARNER K. WENG - 191462
gweng@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366

Attorneys for Defendant
ROSS STORES, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBER TOLLEY-MCNERNEY, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ROSS STORES, INC.,<br><br>Defendant. | No. C-07-4503-CRB<br><br>**NOTICE OF INTENT TO WITHDRAW AS COUNSEL** |

Lawrence M. Cirelli, Esq., Garner K. Weng, Esq. and M. D. Moye, Esq., Hanson Bridgett Marcus Vlahos & Rudy, LLP, as California counsel for defendant ROSS STORES, INC., hereby give notice of the intent of T. SCOTT BROOKE of Brooke · Shaw · Zumpft, former Nevada counsel to Defendant ROSS STORES, INC., to withdraw as counsel in the above-captioned case pursuant to Civil L.R. 11-5.

On August 24, 2007, the United States District Court for the District of Nevada entered an Order transferring the above-captioned case to the Northern District of California. Mr. Brooke is a California licensed attorney; however, he does not maintain an office in California and repeated travel to and from the Northern District of California would be both unnecessary and time

consuming. Defendant Ross Stores, Inc. will continue to be represented by the firm of Hanson, Bridgett, Marcus, Vlahos & Rudy, LLP, by Garner K. Weng, Esq., and M. D. Moye, Esq. Thus, Mr. Brooke's involvement in this case is no longer necessary as defendant ROSS STORES, INC. no longer has a need for local counsel headquartered in Nevada.

DATED: November 5, 2007

HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP

By: _____/s/ M. D. Moye_____
GARNER K. WENG, ESQ.
M. D. MOYE, ESQ.
Attorneys for Defendant
ROSS STORES, INC.

# PROOF OF SERVICE

**Amber Tolley-McNerney v. Ross Stores, Inc., et al.**

Case No 3:06-cv-07-4503-CRB

I, Terri McGrath, declare that I am a resident of the State of California. I am over the age of 18 years and not a party to the action entitled Amber Tolley-McNerney v. Ross Stores, Inc., et al.; that my business address is 425 Market Street, 26th Floor, San Francisco, California 94105. On November 5, 2007, I served a true and accurate copy of the document(s) entitled:

**NOTICE OF INTENT TO WITHDRAW AS COUNSEL**

on the party(ies) in this action by placing said copy(ies) in a sealed envelope, each addressed to the last address(es) given by the party(ies) as follows:

T. Scott Brooke, Esq.
Brooke Shaw Zumpft
1590 Fourth Street, Suite 100
Post Office Box 2860
Minden, NV 89423

[x] (By First Class Mail pursuant to Code of Civil Procedure section 1013.) I am readily familiar with Hanson Bridgett's practices for collecting and processing documents for mailing with United States Postal Service. Following these ordinary business practices, I placed the above referenced sealed envelope(s) for collection and mailing with the United States Postal Service on the date listed herein at 425 Market Street, 26th Floor, San Francisco, California 94105. The above referenced sealed envelope(s) will be deposited with the United States Postal Service on the date listed herein in the ordinary course of business.

[ ] (By Express Mail pursuant to Code of Civil Procedure section 1013.) I deposited each sealed envelope, with the postage prepaid, to be delivered via United Parcel Service to the party(ies) so designated on the service list.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*Terri McGrath*
Terri McGrath

- 1 -

PROOF OF SERVICE                                                                 1375013.1