UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Amber Tolley-McNerney

CASE NO. 07-4503-CRB

Plaintiff(s),

v.

Ross Stores, Inc.

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Defendant(s).

Counsel report that they have met and conferred regarding ADR and that they:

[x] have not yet reached an agreement to an ADR process

[ ] request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference  December 7, 2007

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| M. D. Moye | Defendant | (415) 777-3200 | mmoye@hansonbridgett.com |
| Garner Weng | Defendant | (415) 777-3200 | gweng@hansonbridgett.com |
| Mark Thierman | Plaintiff | (775) 284-1500 | laborlawyer@pacbell.net |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: November 21, 2007

/s/
Attorney for Plaintiff
Mark Thierman

Dated: November 20, 2007

/s/
Attorney for Defendant
M. D. Moye[1]

Rev 12.05

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "Notice of Need for ADR Phone Conference (ADR L.R. 3-5 d)."

[1] I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.