**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK J. MCGEE,<br>　　　Plaintiff,<br>　v.<br>ROSS STORES,<br>　　　Defendant.　　　　　　／ | No. C 06-07496 CRB<br>**ORDER** |
| AMBER TOLLEY-MCNERNEY,<br>　　　Plaintiff,<br>　v.<br>ROSS STORES INC,<br>　　　Defendant.　　　　　　／ | No. C 07-04503 CRB<br>**ORDER** |
| PATRICK STILLMOCK,<br>　　　Plaintiff,<br>　v.<br>ROSS STORES, INC.,<br>　　　Defendant.　　　　　　／ | No. C 07-04809 CRB<br>**ORDER** |

The hearing scheduled for December 14, 2007 in <u>McGee v. Ross</u>, 06-7496 on the issue of class notice is VACATED and RESCHEDULED for December 21, 2007 at 10:00a.m.

The Court's order granting the plaintiff's motion for class certification in <u>McGee v. Ross</u>, 06-7496 is STAYED pending the December 21, 2007 hearing.

At the December 21, 2007 hearing, the Court will also address the question of whether the Court should consolidate <u>McGee v. Ross</u>, 06-7496, <u>Tolley-McNerney v. Ross</u>, 07-4503, and <u>Stillmock v. Ross</u>, 07-4809.  The parties shall submit simultaneous opening briefs on the propriety of consolidation by Monday, December 10, 2007.  The parties shall submit simultaneous response briefs by Friday, December 14, 2007.

**IT IS SO ORDERED.**

Dated: November 30, 2007

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE