1  Mark R. Thierman, Esq. (SBN 72913)
2  **THIERMAN LAW FIRM**
   7287 Lakeside Drive
3  Reno, Nevada 89511
   Telephone: (775) 284-1500
4  Facsimile: (775) 703-5027
5  laborlawyer@pacbell.net

6  Attorneys for Plaintiff
   Amber Tolley-McNerney
7
8              **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10

11 AMBER TOLLEY-MCNERNEY, on behalf  )  Case No.: C 07-04503 CRB
   of herself and all others similarly situated,  )
12                                                )
                                                  )  **PLAINTIFF'S NOTICE OF**
13       Plaintiff,                               )  **ASSOCIATION OF COUNSEL**
                                                  )
14       v.                                       )
                                                  )
15 ROSS STORES, INC.,                             )
                                                  )
16       Defendant.                               )
17 _____)

18
19
20
21
22
23
24
25
26
27
28

**TO THE HONORABLE COURT, DEFENDANTS, AND THEIR ATTORNEYS OF RECORD:**

  Please take notice that Eric A. Grover, Esq. (SBN 136080) of the law firm of Keller Grover LLP, located at 425 Second Street, Suite 500, San Francisco, California 94107, is hereby associated with Thierman Law Firm, as counsel for Plaintiff, individually and on behalf of all others similarly situated, in this matter.

  Please update your service lists to provide copies of all documents filed in this case from this date forward to the aforementioned counsel.

Dated: November 30, 2007        THIERMAN LAW FIRM

              By: /s/Mark R. Thierman
                 Mark R. Thierman
                 Attorneys for Plaintiff
                 Amber Tolley-McNerney