J. Mark Moore, Bar No. 180473
**SPIRO MOSS BARNESS LLP**
11377 W. Olympic Blvd., Fifth Floor
Los Angeles, CA 90064
Telephone: (310) 235-2468
Facsimile: (310) 235-2456
mark@spiromoss.com

*Attorneys for Plaintiff Patrick McGee*

Eric A. Grover, Bar No. 136080
**KELLER GROVER LLP**
425 Second Street, Suite 500
San Francisco, CA 94107
Telephone: (415) 543-1305
Facsimile: (415) 543-7681
eagrover@kellergrover.com

*Attorneys for Plaintiff Amber Tolley-McNerney*

HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP
LAWRENCE M. CIRELLI - 114710
M. D. MOYE - 152871
GARNER K. WENG – 191462
425 Market Street, 26th Floor
San Francisco, CA  94105
Telephone:     (415) 777-3200
Facsimile:      (415) 541-9366
E-mail:          lcirelli@hansonbridgett.com
                     mmoye@hansonbridgett.com
                     gweng@hansonbridgett.com

*Attorneys for Defendant Ross Stores, Inc.*

Additional Counsel on signature page

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK J. MCGEE and AMBER TOLLEY-MCNERNEY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ROSS STORES, INC., and DOES 1-10,<br><br>Defendants. | No. C 06-07496 CRB<br>C 07-04503 CRB<br><br><u>CLASS ACTION</u><br><br>**STIPULATION REGARDING CONSOLIDATION**<br><br>Date:         December 21, 2007<br>Time:        10:00 a.m.<br>Courtroom: 8<br>Judge:       Hon. Charles R. Breyer |

Plaintiff PATRICK J. MCGEE ("Plaintiff McGee"), Plaintiff AMBER TOLLEY-MCNERNEY ("Plaintiff Tolley-McNerney"), and Defendant ROSS STORES, INC. ("Defendant"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, on December 6, 2006, Plaintiff McGee filed a class action in the U.S. District Court for the Northern District of California against Defendant Ross Stores, Inc. ("Defendant") alleging on behalf of a nationwide class of consumers violations of the Fair and Accurate Credit Transactions Act ("FACTA"), 15 U.S.C. § 1681c(g), which provides, in relevant part, that "no person that accepts credit cards or debit cards for the transaction of business shall print more than the last 5 digits of the card number or the expiration date upon any receipt provided to the cardholder at the point of the sale or transaction";

WHEREAS, on February 26, 2007, Plaintiff Tolley-McNerney filed a second action on behalf of a nationwide class of consumers against Defendant in the District of Nevada that also alleged violations of FACTA, *Tolley-McNerney v. Ross Stores, Inc.*, Case No. 3-07-CV-00090 LRH-(RAM) (D. Nev.)[1];

WHEREAS, on August 31, 2007, the *Tolley-McNerney* action was transferred to this District;

WHEREAS, on October 2, 2007, the Court ruled that the *McGee* and *Tolley-McNerney* actions were related pursuant to Civil Local Rule 3-12;

WHEREAS, on November 30, 2007, the Court granted Plaintiff McGee's motion for class certification, certifying a class of all individuals who were provided with an electronically-printed credit card receipt at the point of a sale or transaction solely at the Defendant's store located at 1400 Lincoln Boulevard, Venice, California, on which Defendant printed the card's expiration

---

[1] On May 21, 2007, Plaintiffs Patrick and Jeanne Stillmock filed a third class action in the District of Maryland, *Stillmock v. Ross Stores, Inc.*, Case No. 1:07-CV-01344. That case was subsequently transferred to this District. Because the *Stillmock* plaintiffs also alleged violations of FACTA on behalf of a nationwide class of consumers against Defendant, the Court ordered that the case be related to the *McGee* and *Tolley-McNerney* actions. *Stillmock v. Ross Stores*, Case No. C 07-04809 CRB, *Order* (Dkt. No. 7) (N.D. Cal. Oct. 15, 2007). On November 21, 2007, the parties to the *Stillmock* action filed a stipulation of dismissal. For that reason, Plaintiffs McGee and Tolley-McNerney and Defendant agree that the *Stillmock* plaintiffs need not be parties to the instant stipulation.

1    date, but then stayed entering of an order regarding the motion;

2    WHEREAS, on November 30, 2007, the Court also ordered that all discovery in the *McGee* action be limited to the issue of "willfulness" under the FACTA statute, and then scheduled a hearing on summary judgment on the "willfulness" issue for May 2, 2007;

5    WHEREAS, Plaintiffs McGee and Tolley-McNerney believe that Plaintiff Tolley-McNerney is not a member of the class certified by the Court;

7    WHEREAS, Plaintiff Tolley-McNerney intends to file her own motion for class certification;

9    WHEREAS Plaintiffs McGee and Tolley-McNerney and Defendant nevertheless recognize that both the *McGee* and *Tolley-McNerney* actions raise common questions of law and fact regarding Defendant's potential liability under FACTA, and recognize the potential for duplicative efforts;

13    WHEREAS it is anticipated that most, if not all, of the discovery, documents, and witnesses in both actions will be similar if not identical on the question of Defendant's potential liability under FACTA;

16    WHEREAS Plaintiffs McGee and Tolley-McNerney and Defendant recognize that this Court has the inherent authority to join for hearing or trial any issues involving common questions of law or fact pursuant to Rule 42(a) of Federal Rules of Civil Procedure;

19    WHEREAS Plaintiffs McGee and Tolley-McNerney and Defendant agree that the consolidation of these actions on the question of Defendant's potential liability under FACTA would avoid unnecessary costs and/or delay to the Court and the parties;

22    WHEREAS Plaintiffs McGee and Tolley-McNerney, by and through their counsel, agree that the consolidation of these actions on the question of Defendant's potential liability under FACTA would effectively serve the interests of justice by avoiding the substantial risk of multiple actions and inconsistent findings, rulings, and verdicts;

26    WHEREAS Plaintiffs McGee and Tolley-McNerney and Defendant agree that *Tolley-McNerney v. Ross Stores, Inc.*, Case No. 07-04503 CRB (N.D. Cal.), should be consolidated into the earlier-filed *McGee v. Ross Stores, Inc.*, Case No. 06-07496 CRB (N.D.

1  Cal.), on the question of Defendant's potential liability under FACTA, and recognize that
2  consolidation for all purposes might be appropriate after the Court rules on Plaintiff McNerney's
3  motion for class certification.

4  **IT IS SO STIPULATED.**

5

6  DATED:  December 10, 2007                             **SPIRO MOSS BARNESS LLP**

7

8                                                                                By:  _____/s/_____
                                                                                      J. Mark Moore
                                                                                      *Attorneys for Plaintiff Patrick J. McGee*
9

10  DATED:  December 10, 2007                            **KELLER GROVER LLP**

11

12                                                                               By:  _____/s/_____
                                                                                      Eric A. Grover
                                                                                      *Attorneys for Plaintiff Amber Tolley-*
13                                                                                    *McNerney*

14

15  DATED:  December 10, 2007                            **HANSON BRIDGETT MARCUS VLAHOS**
                                                         **& RUDY, LLP**
16

17

18                                                                               By: _____/s/_____
                                                                                      M. D. MOYE
                                                                                      Attorneys for Defendant
19                                                                                    ROSS STORES, INC.

20

21

22

23

24

25

26

27

28

*Additional counsel for Plaintiff Patrick J. McGee*:

Douglas A. Linde, Bar No. 217584
Chant Yedalian, Bar No. 222325
**THE LINDE LAW FIRM**
9000 Sunset Blvd, Suite 1025
Los Angeles, CA 90069
Tel: (310) 203-9333; Fax: (310) 203-9233
dal@lindelaw.net

*Additional counsel for Plaintiff Amber Tolley-McNerney*:

Mark R. Thierman, Bar No. 72913
**THIERMAN LAW FIRM**
7287 Lakeside Drive
Reno, NV 89511
Tel: (775) 284-1500; Fax: (775) 703-5029
laborlawyer@pacbell.net

- 4 -

STIPULATION RE CONSOLIDATION (CASE NO. C 06 7496 CRB)

1392273.1

## ORDER

**GOOD CAUSE APPEARING**, the Court hereby orders that the actions *McGee v. Ross Stores, Inc.*, Case No. 06-07496 CRB (N.D. Cal.), and *Tolley-McNerney v. Ross Stores, Inc.*, Case No. 07-04503 CRB (N.D. Cal.), are hereby consolidated on the question of Defendant Ross Stores, Inc.'s potential liability under the Fair and Accurate Transactions Act into the earlier-filed *McGee v. Ross Stores, Inc.*, Case No. 06-07496 CRB (N.D. Cal.).

**IT IS SO ORDERED.**

HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE