**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **December 21, 2007**

**C-06-7496 and C07-4503**

## PATRICK MCGEE v. ROSS STORES
## TOLLEY v. ROSS STORES

Attorneys:    J. Mark Moore telephonically        Myron Moye

              Chant Yedalian and Denise Diaz      Garner Weng

Deputy Clerk: **Frank Justiliano**            Reporter: **Lydia Zinn**

**PROCEEDINGS:**                                                **RULING:**

1. Consolidation Hearing                                         GRANTED

2. Class Notice Hearing (proposed form)                          due by 1/11/08

3.

4.
   ( ) Status Conference    ( ) P/T Conference    ( ) Further Case Management Conference

**ORDERED AFTER HEARING:**
Parties to submit a proposed form of notice to the Court by 1/11/08. If parties are unable to submit a proposed notice, they are to inform the Court of the conflicting problem, and the Court will make a ruling.

( ) ORDER TO BE PREPARED BY:    Plntf _____    Deft _____    Court _____

( ) Referred to Magistrate Judge For: _____
        ( )By Court        ( )Parties to approach Chief Magistrate in future

( ) CASE CONTINUED TO _____ for _____

Discovery Cut-Off _____                Expert Discovery Cut-Off _____

Plntf to Name Experts by _____         Deft to Name Experts by _____

P/T Conference Date _____   Trial Date _____   Set for _____ days
                        Type of Trial: ( )Jury    ( )Court

Notes: