1  TOWNSEND AND TOWNSEND AND CREW LLP
   JAMES G. GILLILAND, JR. (State Bar No. 107988)
2  MEHRNAZ BOROUMAND SMITH (State Bar No. 197271)
   Two Embarcadero Center, Eighth Floor
3  San Francisco, California 94111
   Telephone: (415) 576-0200
4  Facsimile: (415) 576-0300
   Email: jggilliland@townsend.com
5         mboroumand@townsend.com

6  Attorneys for Defendant
   ROSS STORES, INC.
7

8

9
                    UNITED STATES DISTRICT COURT
10
               FOR THE NORTHERN DISTRICT OF CALIFORNIA
11
                         SAN FRANCISCO DIVISION
12

13  AMBER TOLLEY MCNERNEY, individually    Case No. C 07-4503 CRB
    and on behalf of all others similarly situated,    (Consolidated with Case No. C 06-7496 CRB)
14
                    Plaintiff,              **NOTICE OF SUBSTITUTION OF
15                                          COUNSEL**
        v.
16
    ROSS STORES, INC., and DOES 1-10,
17
                    Defendants.
18

19

20

21

22

23

24

25

26

27

28

NOTICE OF SUBSTITUTION OF COUNSEL

1  PLEASE TAKE NOTICE that effective immediately, Ross Stores, Inc. hereby substitutes James G. Gilliland, Jr. and Mehrnaz Boroumand Smith, Townsend and Townsend and Crew LLP, Two Embarcadero Center, 8th Floor, San Francisco, California 94111-3834 (415) 576-0200, as their attorneys of record in this action, in lieu and in place of Lawrence M. Cirelli, Garner K. Weng, and M. D. Moye, Hanson, Bridget, Marcus Vlahos Rudy LLP, 425 Market Street, 26th Floor, San Francisco, California 94105 (415) 777-3200. Please direct all notices, orders and service to the attention of James G. Gilliland, Jr. and Mehrnaz Boroumand Smith at Townsend and Townsend and Crew LLP.

DATED: February 15, 2008        ROSS STORES, INC.

By: _____
    Mark LeHockey
    Senior Vice President and General Counsel

We consent to the above substitution.

DATED: February __, 2008        HANSON BRIDGET MARCUS VLAHOS RUDY LLP

By: _____
    Garner K. Weng

We accept the above substitution.

DATED: February 25, 2008        TOWNSEND AND TOWNSEND AND CREW LLP

By: _____
    James G. Gilliland, Jr.