```
 1  TOWNSEND AND TOWNSEND AND CREW LLP
    JAMES G. GILLILAND, JR. (State Bar No. 107988)
 2  MEHRNAZ BOROUMAND SMITH (State Bar No. 197271)
    Two Embarcadero Center, Eighth Floor
 3  San Francisco, California 94111
    Telephone: (415) 576-0200
 4  Facsimile: (415) 576-0300
    Email: jggilliland@townsend.com
 5         mboroumand@townsend.com

 6  Attorneys for Defendant
    ROSS STORES, INC.
 7
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMBER TOLLEY MCNERNEY, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> ROSS STORES, INC., and DOES 1-10, <br><br> Defendants. | Case No. C 07-4503 CRB <br> (Consolidated with Case No. C 06-7496 CRB) <br><br> **NOTICE OF SUBSTITUTION OF COUNSEL** |

1  PLEASE TAKE NOTICE that effective immediately, Ross Stores, Inc. hereby substitutes
2  James G. Gilliland, Jr. and Mehrnaz Boroumand Smith, Townsend and Townsend and Crew LLP,
3  Two Embarcadero Center, 8th Floor, San Francisco, California 94111-3834 (415) 576-0200, as their
4  attorneys of record in this action, in lieu and in place of Lawrence M. Cirelli, Garner K. Weng, and M.
5  D. Moye, Hanson, Bridget, Marcus Vlahos Rudy LLP, 425 Market Street, 26th Floor, San Francisco,
6  California 94105 (415) 777-3200. Please direct all notices, orders and service to the attention of
7  James G. Gilliland, Jr. and Mehrnaz Boroumand Smith at Townsend and Townsend and Crew LLP.
8  DATED: February 15, 2008        ROSS STORES, INC.

10  By: _____
11        Mark LeHockey
        Senior Vice President and General Counsel

13  We consent to the above substitution.
14  DATED: February 28, 2008        HANSON BRIDGET MARCUS VLAHOS RUDY LLP

16  By: _____
17        Garner K. Weng

18  We accept the above substitution.
19  DATED: February 25, 2008        TOWNSEND AND TOWNSEND AND CREW LLP

21  By: _____
22        James G. Gilliland, Jr.

NOTICE OF SUBSTITUTION OF COUNSEL
CASE NO. C 06-7496-CRB

1