1  TOWNSEND AND TOWNSEND AND CREW LLP
   JAMES G. GILLILAND, JR. (State Bar No. 107988)
2  MEHRNAZ BOROUMAND SMITH (State Bar No. 197271)
   Two Embarcadero Center, Eighth Floor
3  San Francisco, California 94111
   Telephone: (415) 576-0200
4  Facsimile: (415) 576-0300
   Email: jggilliland@townsend.com
5         mboroumand@townsend.com

6  Attorneys for Defendant
   ROSS STORES, INC.
7

8

9
                    UNITED STATES DISTRICT COURT
10
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
11
                        SAN FRANCISCO DIVISION
12

13 | AMBER TOLLEY MCNERNEY, individually | Case No. C 07-4503 CRB
   | and on behalf of all others similarly situated, | (Consolidated with Case No. C 06-7496 CRB)
14 |                                    |
   |         Plaintiff,                 | **NOTICE OF SUBSTITUTION OF**
15 |                                    | **COUNSEL**
   |         v.                         |
16 | ROSS STORES, INC., and DOES 1-10,  |
17 |         Defendants.                |

1  PLEASE TAKE NOTICE that effective immediately, Ross Stores, Inc. hereby substitutes
2  James G. Gilliland, Jr. and Mehrnaz Boroumand Smith, Townsend and Townsend and Crew LLP,
3  Two Embarcadero Center, 8th Floor, San Francisco, California 94111-3834 (415) 576-0200, as their
4  attorneys of record in this action, in lieu and in place of Lawrence M. Cirelli, Garner K. Weng, and M.
5  D. Moye, Hanson, Bridget, Marcus Vlahos Rudy LLP, 425 Market Street, 26th Floor, San Francisco,
6  California 94105 (415) 777-3200. Please direct all notices, orders and service to the attention of
7  James G. Gilliland, Jr. and Mehrnaz Boroumand Smith at Townsend and Townsend and Crew LLP.

8  DATED: February 25, 2008    ROSS STORES, INC.

10        By: _____
                Mark LeHockey
11              Senior Vice President and General Counsel

13  We consent to the above substitution.

14  DATED: February 28, 2008    HANSON BRIDGET MARCUS VLAHOS RUDY LLP

16        By: _____
                Garner K. Weng

18  We accept the above substitution.

19  DATED: February 25, 2008    TOWNSEND AND TOWNSEND AND CREW LLP

21        By: _____
                James G. Gilliland, Jr.

24                                 March 3, 2008

**IT IS SO ORDERED**
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

NOTICE OF SUBSTITUTION OF COUNSEL
CASE NO. C 06-7496-CRB                                                          1